UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| DWIGHT W. KNOWLES, | ) |
| Plaintiff, | ) ) ) ) |
| v. | ) ) Civil Action No. 22-0265 (UNA) |
| CHRISTOPHER LANE, *et al.*, | ) ) ) |
| Defendants. | ) ) |

## MEMORANDUM OPINION

This matter is before the Court on the plaintiff's application to proceed *in forma pauperis* and his *pro se* complaint. Generally, the plaintiff alleges that a Special Agent of the Drug Enforcement Administration submitted a fraudulent affidavit to secure the plaintiff's extradition to the United States for trial, and that a witness at his trial presented fraudulent testimony and exhibits, resulting in the plaintiff's criminal conviction. The plaintiff demands damages totaling $300 million.

The Supreme Court instructs:

> [I]n order to recover damages for allegedly unconstitutional conviction or imprisonment, or for other harm caused by actions whose unlawfulness would render a conviction or sentence invalid, a § 1983 plaintiff must prove that the conviction or sentence has been reversed on direct appeal, expunged by executive order, declared invalid by a state tribunal authorized to make such determination, or called into question by a federal court's issuance of a writ of habeas corpus.

*Heck v. Humphrey*, 512 U.S. 477, 486–487 (1994); *Williams v. Hill*, 74 F.3d 1339, 1340–41 (D.C. Cir. 1996) (applying the *Heck* rule to *Bivens* actions). The plaintiff does not demonstrate

that his conviction or sentence has been reversed or otherwise invalidated, and, therefore, his claim for damages fails.  *See, e.g., Johnson v. Williams*, 699 F. Supp. 2d 159, 171 (D.D.C. 2010), *aff'd sub nom. Johnson v. Fenty*, No. 10-5105, 2010 WL 4340344 (D.C. Cir. Oct. 1, 2010); *Jones v. Yanta*, No. 07-1172, 2008 WL 2202219, at *1 (D.D.C. May 27, 2008).

The Court will dismiss the complaint for failure to state a claim upon which relief can be granted.  *See* 28 U.S.C. §§ 1915(e)(2)(B)(ii), 1915A(b)(1).  An Order is issued separately.


DATE: June 6, 2022                                              /s/
                                                                DABNEY L. FRIEDRICH
                                                                United States District Judge